AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of  NEVADA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:17-cr-00001-JAD-CWH |
| | ) | |
| PEDRO IGOR ALVES BARBOSA | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101<br>before: Magistrate Judge George W. Foley, Jr. | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date and Time: | 03/30/2017 at 3:00 p.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    March 24, 2017

*Judge's signature*

NANCY J. KOPPE, U.S. Magistrate Judge

*Printed name and title*



X FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 24, 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY