# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO IGOR ALVES BARBOSA;<br>VITOR DOMINGUES VALENTINI DOS REIS;<br><br>Defendants. | Case No. 2:17-cr-00001-JAD-CWH<br><br>**ORDER** |

Presently before the court is defendant Pedro Igor Alves Barbosa's motion for joinder to defendant Bruno Macedo Correia's motion to compel (ECF No. 285), filed on May 1, 2018.

Also before the court is defendant Vitor Domingues Valentini Dos Reis' motion for joinder to defendant Bruno Macedo Correia's motion to compel (ECF No. 286), filed on May 1, 2018.

Under Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in this case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Given that both defendants are presently represented by Patricia Erickson, the court will deny the motions without prejudice. Defendants are advised that all filings in their cases must be made by their attorney.

IT IS THEREFORE ORDERED that defendant Pedro Igor Alves Barbosa's motion for joinder to defendant Bruno Macedo Correia's motion to compel (ECF No. 285) is DENIED without prejudice.

/ / /

/ / /

IT IS FURTHER ORDERED that defendant Vitor Domingues Valentini Dos Reis' motion for joinder to defendant Bruno Macedo Correia's motion to compel (ECF No. 286) is DENIED without prejudice.

DATED: May 3, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE