LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**LANCE J. HENDRON, ATTORNEY AT LAW, LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Pedro Igor Alves Barbosa*

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE No.: 2:17-cr-00001-JAD-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | |
| **PEDRO IGOR ALVES BARBOSA**, | **SECOND REQUEST** |
| Defendant. | |

## STIPULATION TO CONTINUE SENTENCING HEARING

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant, Pedro Igor Alves Barbosa, through his counsel, Lance J. Hendron, Esq. of the law firm of Lance J. Hendron, Attorney at Law, LLC, and Plaintiff, United States of America, through its counsel, Patrick Burns, Assistant United States Attorney, that the Sentencing Hearing in the above-captioned matter currently set for April 15, 2019 at 10:00 a.m. be continued to a date and time convenient to the Court, but no earlier than 90 days.

This Stipulation is entered into for the following reasons:

1. Mr. Barbosa's family needs additional time to coordinate travel from Brazil to be present at his sentencing.

2. Mr. Hendron has spoken with Patrick Burns, Assistant United States Attorney, and he has no objection to the continuance.

3. Mr. Barbosa is in custody and has no objection to the continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

DATED this 11th day of April, 2019.

_/s/ Patrick Burns_____
Patrick Burns,
Assistant United States Attorney

_/s/ Lance Hendron_____
Lance J. Hendron,
Attorney for Defendant,
*Pedro Alves Barbosa*

LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**LANCE J. HENDRON, ATTORNEY AT LAW, LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Pedro Igor Alves Barbosa*

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE No.: 2:17-cr-00001-JAD-CWH |
| Plaintiff, | |
| vs. | |
| **PEDRO IGOR ALVES BARBOSA**, | |
| Defendant. | |

## **FINDINGS OF FACTS**

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Barbosa's family needs additional time to coordinate travel from Brazil to be present at his sentencing.

2. Mr. Hendron has spoken with Patrick Burns, Assistant United States Attorney, and he has no objection to the continuance.

3. Mr. Barbosa is in custody and has no objection to the continuance.

4. Denial of this request for continuance could result in a miscarriage of justice

/ / /

/ / /

# ORDER

According, IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for April 15, 2019 at 10:00 a.m. is continued to July 22, 2019, at 11:00 a.m.

DATED this 12th day of April, 2019.

_____
JENNIFER A. DORESY
UNITED STATES DISTRICT JUDGE